**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00172-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  NANDI EVELIO ARRAZOLA,
 a/k/a Freddy Lopez,

 Defendant.

**MINUTE ORDER**[1]

 A Notice of Disposition was filed on June 8, 2012. On **June 18, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

 Dated: June 11, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.